Argued February 25, affirmed March 21, reconsideration denied
April 27, petition for review denied May 17, 1977

STATE OF OREGON, *Respondent,*
*v.*
ROBERT STEVEN GUNBERG, *Appellant.*
(No. C 74-12-3854 Cr, CA 7192)
561 P2d 190

Robert C. Cannon, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee and Tanzer, Judges.

PER CURIAM.

Affirmed. *State v. David,* 28 Or App 775, 561 P2d 189 (1977).